No. D–2055. IN RE DISBARMENT OF SPALLINA. William F. Spallina, of Newton Highlands, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within

40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.